IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBYN BLASCO,

    Plaintiff,

    v.

ATRIUM MEDICAL CORP; GETINGE GROUP; GETINGE USA, INC.; AND MAQUET CARDIOVASCULAR, LLC

    Defendants.

No. C 15-02468 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY HUGH TURNER**

The *pro hac vice* application of Attorney Hugh Turner (Dkt. No. 18) is **DENIED** for failing to comply with Civil Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: July 6, 2015.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE