Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN BLASCO<br><br>Plaintiff(s),<br><br>v.<br><br>ATRIUM MEDICAL CORP, et al.<br><br>Defendant(s). | Case No: 3:15-cv-2468<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Enjolique Dion Aytch, an active member in good standing of the bar of USDC - Southern Dist. FL., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Atrium, Getinge, and Maquet, et al. in the above-entitled action. My local co-counsel in this case is Karen Palladino Ciccone, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 350 East Las Olas Boulevard, Suite 1600<br>Fort Lauderdale, Florida 33301 | 725 South Figueroa Street, 38th Floor<br>Los Angeles, California 90017-5438 |
| MY TELEPHONE # OF RECORD:<br>(954) 463-2700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 688-9500 |
| MY EMAIL ADDRESS OF RECORD:<br>enjolique.aytch@akerman.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>karen.ciccone@akerman.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0104881.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/09/15

Enjolique Dion Aytch
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Enjolique Dion Aytch is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 13, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                              October 2012