UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN BLASCO<br><br>    Plaintiff,<br><br>    v.<br><br>ATRIUM MEDICAL CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-02468-WHA   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: January 25, 2016<br>Mediator: Eric Danoff |

IT IS HEREBY ORDERED that the request to excuse defendants' representative, Abraham Ronai, from appearing in person at the January 25, 2016, mediation before Eric Danoff is GRANTED.  Mr. Ronai shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: January 8, 2016

Maria-Elena James
United States Magistrate Judge